NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANK ALONZO LEWIS PALMORE, JR., )
DC #P55974, )
                         )
        Appellant, )
                         )
v.                        )
                         )     Case No.  2D18-3923
STATE OF FLORIDA, )
                         )
        Appellee. )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

        Affirmed.

KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.